# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KELLEY HART,** | |
|     **Plaintiff,** | **CIVIL ACTION NO.:** |
| v. | **1:15-cv-00067-AT** |
| **WBY, INC. d/b/a FOLLIES and STEVEN M. YOUNGELSON,** | |
|     **Defendants.** | |

## JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT

Plaintiff Kelley Hart ("Plaintiff") and Defendant WBY, Inc. d/b/a The Follies and Steven M. Youngelson ("Defendants"), by and through the undersigned counsel, move this Court for a review and approval of their Settlement Agreement and Release of Claims. As grounds for this Motion, the Parties show the Court as follows:

1.

Plaintiff filed her Complaint [Dkt. 1] on January 8, 2015, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2.

Based upon the understandings and assessments of each party, the Parties,

acting at arms length and in good faith and with the advice of counsel, have negotiated and entered into a Confidential Settlement Agreement and General Release (hereafter "the Agreement").

3.

The Parties represent that the terms set forth in the Agreement represent a compromise between the positions of the parties and that the amount of money allotted to back pay is a fair approximation of Plaintiff's potential recovery if she prevailed at trial.

4.

Pursuant to <u>Lynn's Food Stores, Inc. v. United State of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), and this Court's Notice Regarding FLSA cases [Dkt. 7] judicial approval is required to give effect to Plaintiff's release of her FLSA claims, which is material to the Agreement.

5.

Once the Court approves the Agreement and all payments have been made as set forth in Paragraph 1 of the Agreement, the Parties will file a Stipulation of Dismissal with Prejudice.

6.

Because the Parties have agreed to keep the terms of the Agreement confidential, the Parties will submit a copy of the Agreement directly to chambers for the Court's consideration, along with a courtesy copy of this Motion.

7.

The Parties further request that the Court retain jurisdiction over this matter until all payments have been made as set forth in Paragraph 1 of the Settlement Agreement.

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Release.  For the Court's convenience, a proposed Order granting this Motion is attached hereto as Attachment "A".

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that this pleading has been prepared in Times New Roman, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 17th day of July, 2015.

| FORD & HARRISON LLP | DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC |
|---|---|
| */s/ Bennet D. Alsher* | */s/ Matthew W. Herrington\** |
| Bennet D. Alsher | Charles R. Bridgers |
| Georgia Bar No. 013682 | Georgia Bar No. 080791 |
| balsher@fordharrison.com | charlesbridgers@dcbflegal.com |
| 271 17th Street NW | Kevin D. Fitzpatrick |
| Suite 1900 | Georgia Bar No. 262375 |
| Atlanta, GA  30363 | kevin.fitzpatrick@dcbflegal.com |
| Telephone: (404) 888-3852 | Matthew W. Herrington |
| Facsimile:  (404) 832-8702 | Georgia Bar No. 275411 |
|  | matthew.herrington@dcbflegal.com |
| Attorney for Defendant |  |
|  | 3100 Centennial Tower |
|  | 101 Marietta Street |
|  | Atlanta, GA  30303 |
|  | Telephone: (404) 979-3171 |
|  | Facsimile:  (404) 979-3170 |
|  |  |
|  | Attorneys for Plaintiff |
|  | **\*with express permission** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KELLEY HART,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**WBY, INC. d/b/a FOLLIES and STEVEN M. YOUNGELSON,**<br><br>   **Defendants.** | **CIVIL ACTION NO.:**<br>**1:15-cv-00067-AT** |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 17, 2015, he electronically filed the foregoing **JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT**, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the attorneys of record:

                  */s/ Bennet D. Alsher*
                  Bennet D. Alsher
FORD & HARRISON LLP       Georgia Bar No. 013682
271 17th Street, NW         balsher@fordharrison.com
Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3852
Facsimile:  (404) 832-8702

                  Attorney for Defendant

WSACTIVELLP:7723364.1